**No. 10-313. Talk America, Incorporated, Petitioner v. Michigan Bell Telephone Company, dba AT&T Michigan.**

**No. 10-329. Orjiakor Isiogu, et al., Petitioners v. Michigan Bell Telephone Company, dba AT&T Michigan.**

562 U.S. 1104, 131 S. Ct. 818, 178 L. Ed. 2d 551, 2010 U.S. LEXIS 9592.

December 10, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Sixth Circuit granted. The cases are consolidated and a total of one hour is allotted for oral argument. Justice Kagan took no part in the consideration or decision of these petitions.

Same cases below, 597 F.3d 370.

**No. 10-5400. Alejandra Tapia, Petitioner v. United States.**

562 U.S. 1104, 131 S. Ct. 817, 178 L. Ed. 2d 551, 2010 U.S. LEXIS 9593.

December 10, 2010. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 376 Fed. Appx. 707.